**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  LITHIUM ION BATTERIES ANTITRUST LITIGATION, | No.   17-17369 |
| ------------------------------ | D.C. No. 4:13-md-02420-YGR |
| INDIRECT PURCHASER PLAINTIFFS, | MEMORANDUM[*] |
| Plaintiff-Appellee, | |
| v. | |
| CHRISTOPHER ANDREWS, | |
| Objector-Appellant, | |
| v. | |
| PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO, LTD; SANYO NORTH AMERICA CORPORATION; HITACHI, LTD.; HITACHI MAXWELL, LTD.; MAXWELL CORPORATION OF AMERICA; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; NEC | |

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

CORPORATION; SAMSUNG SDI CO. LTD.; SAMSUNG SDI AMERICA, INC.; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; SONY ELECTRONICS, INC.; NEC TOKIN CORPORATION; LG CHEM, LTD.; LG CHEM AMERICA, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of California
Yvonne Gonzalez Rogers, District Judge, Presiding

Submitted August 30, 2019[**]
Seattle, Washington

Before: HAWKINS, McKEOWN, and BYBEE, Circuit Judges.

In light of our disposition in *Indirect Purchaser Plaintiffs v. Bednarz*, No. 17-17367, vacating the district court's approval of the settlement agreements, Appellant Christopher Andrews's challenges to the notice of settlement, the district court's approval order, and the settlement agreements are moot.

Andrews argues that the district court abused its discretion by awarding fees to class counsel. Because we vacated the district court's order approving the settlement agreements, we must also vacate the district court's fee award, as that

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

2

award was "based upon the settlement agreements entered with Hitachi, NEC, and LG Chem."

We **VACATE** the district court's fee award and **REMAND** for further proceedings. The remainder of Andrews's arguments are **DISMISSED** as moot. Each party shall bear its own costs on appeal.